ON PETITION FOR REHEARING
UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-1545

———————————

WILBUR KENNETH LITTLE,

Plaintiff - Appellant,

versus

AMERICAN GENERAL FINANCE COMPANY, individu-
ally, jointly, severally, and collectively;
PRESIDENT, American General Finance Company;
MANAGER, American General Finance Company; TWO
UNKNOWN AGENTS, of American General Finance
Company; CHARLESTON COUNTY, individually,
jointly, severally, and collectively; BONNIE
KOONTZ-STICKELS, Judge; AL CANNON, Sheriff;
UNKNOWN OFFICERS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-98-1365-2-18-AJ)

———————————

Submitted: October 8, 1999        Decided: November 10, 1999

———————————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Wilbur Kenneth Little, Appellant Pro Se.  Tracy Thomas Cottingham, III, HUNTON & WILLIAMS, Charlotte, North Carolina; James Albert Stuckey, Jr., Alexia Pittas-Giroux, STUCKEY LAW OFFICES, P.A., Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilbur Kenneth Little appeals the district court's order dismissing this appeal for want of jurisdiction.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Little v. American Gen. Fin.</u>, No. CA-98-1365-2-18-AJ (D.S.C. Mar. 12, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

<u>AFFIRMED</u>

---

[*] We originally dismissed this appeal as untimely. Little filed a petition for rehearing and enclosed a document, previously not before the court, revealing that he filed a notice of appeal on April 9, 1999, within the time period set forth in Fed. R. App. P. 4(a)(1).  Because Little timely filed his notice of appeal, we grant the petition for rehearing.